UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>DERRICK ANTHONY WOODFIN<br><br>Defendant. | District No.  2:14-cr-00410-GMN-VCF<br>~~2:12-cr-0410-GMN-VCF~~ |

## ORDER TEMPORARILY UNSEALING TRANSCRIPTS

On April 13, 2015 this court received transcript order form dated April 13, 2015 requesting Transcripts of hearings held on February 4, 2015 and February 23, 2015 from Kevin Stolworth, counsel for the Defendant in which portions of the hearings are sealed.

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recordings shall be unsealed by the Clerk for the limited purpose of providing transcripts of hearings as requested by Defendant's Counsel.

**IT IS FURTHER ORDERED** that the sealed portions of the recordings shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Defendant's Counsel shall not disclose the sealed contents of transcripts to anyone other than the representatives of the parties directly concerned with this case.

DATED this 16 day of April, 2015.

GLORIA M. NAVARRO
United States District Chief Judge