THE UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
* * * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>DERRICK ANTHONY WOODFIN,<br><br>　　　　　　　　Defendant. | 2:14-cr-00410-GMN-VCF<br><br>MINUTES OF THE COURT<br><br>DATED: April 27, 2015 |

THE HONORABLE GLORIA M. NAVARRO, UNITED STATES DISTRICT JUDGE

DEPUTY CLERKS: Michael Zadina　　　COURT RECORDER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Kathryn Newman and Alexandra Michael

COUNSEL FOR DEFENDANT: Kevin Stolworthy and Conor Flynn

MINUTES OF PROCEEDINGS: Jury Trial (Day 1)

8:19 a.m.  The Court convenes outside the presence of the prospective jurors.

The Court makes preliminary statements and hears arguments of counsel regarding Government's Motion in Limine (ECF No. 113).  **IT IS ORDERED** that Government's Motion in Limine (ECF No. 113) is granted in part and denied in part as stated on the record.  The Court and counsel settle voir dire questions as stated on the record.

Mr. Stolworthy requests a brief continuance to permit him to speak with the Defendant.

8:50 a.m.  The Court stands at recess.

9:10 a.m.  The Court reconvenes outside the presence of the prospective jurors.

Ms. Newman and Mr. Stolworthy represent the parties have agreed in principle to a binding plea agreement.

9:16 a.m.  The Court stands at recess.

10:35 a.m.  The Court reconvenes outside the presence of the prospective jurors.

Defendant pleads guilty to Count 1 of the Indictment.  Plea agreement is filed.  The Court accepts the guilty plea.  This matter is referred to the probation department for investigation and report.  Trial setting as to this defendant is vacated.

**IT IS HEREBY ORDERED** that the sentencing hearing in this matter is set for **Thursday, July 30, 2015, at 9:30 a.m.**

11:10 a.m.  Court adjourns.

                                            LANCE S. WILSON, CLERK
                                            U.S. DISTRICT COURT

                                            BY:_____/S/_____
                                            Michael Zadina, Deputy Clerk