# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 15-10437 |
| ) | |
| Plaintiff-Appellee, ) | 2:14-cr-00410-GMN-VCF |
| vs. ) | |
| ) | |
| DERRICK ANTHONY WOODFIN, ) | |
| ) | |
| Defendant-Appellant. ) | **ORDER** |

Pursuant to the order filed March 23, 2016, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant,

IT IS HEREBY ORDERED that Angela Dows is appointed to represent Derrick Anthony Woodfin for this appeal. Ms. Dows's address is 1333 N. Buffalo Dr., Suite 210, Las Vegas, NV 89128 and her phone number is 702-794-4411.

IT IS FURTHER ORDERED that former counsel, Kevin R. Stolworthy is directed to forward the file to Ms. Dows forthwith.

IT IS FURTHER ORDERED that the clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 15 day of April, 2016.
Nunc Pro Tunc Date:  March 25, 2016.

_____
GLORIA M. NAVARRO
Chief Judge, U.S. District Court